## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACOB TOWNSEND

      Plaintiff,

v.

GSM OUTDOORS, LLC,
GOOD SPORTSMAN MARKETING, LLC
DUNHAM'S SPORTS, DUNHAM'S ATHLEISURE
CORPORATION, JOHN DOE#1, JOHN DOE #2,

      Defendants.

Civil Action No. 26-1217

**ORAL ARGUMENT
REQUESTED**

---

### PROPOSED ORDER

AND NOW, this 25th day of ____June____, 2026, upon consideration of

Defendants' Motion to Transfer Venue to the United States District Court for the Western District

of Pennsylvania, and any response thereto, it is hereby ORDERED and DECREED that

Defendants' Motion to Transfer Venue is GRANTED.

BY THE COURT:

_____, J